# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Cause No.: 2:24 CR 52 |
| | ) |
| ANTHONY MAYERS | ) |
| | ) |
| Defendant | ) |

## **MOTION TO WITHDRAW**

Comes now Attorney Adam Tavitas and moves this Court for an order allowing him to withdraw his appearance. In support of this motion the defendant states the following:

1. On March 3, 2025 counsel was appointed as CJA counsel for the defendant.

2. On March 28, 2025 attorney Kerry Conner entered her appearance as private counsel for the defendant.

Wherefore, counsel requests his appearance be withdrawn.

.

Respectfully Submitted,

/s/ Adam Tavitas
Adam Tavitas, #18451-53
Attorney for Defendant
751 E. Porter Avenue, Suite 3
Chesterton, IN 46304

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Cause No.: 2:24 CR 52 |
| ) | |
| ANTHONY MAYERS ) | |
| ) | |
| Defendant ) | |

### *CERTIFICATE OF SERVICE*
_____

I hereby certify that, on the 1st day of October, 2025 I electronically filed a complete copy of the Motion to Withdraw and this Certificate of Service with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Caitlyn Padula
Caitlyn.Padula@usdoj.gov


/s/ Adam Tavitas

Adam Tavitas

751 E. Porter Avenue, Suite 3

Chesterton, IN 46304

219-677-9220